UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| City of Millville, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 07-1073 |
| v. | : | |
| Rock, *et al.*, | : | |
| | : | Order |
| Defendants. | : | |

This matter having come before the Court upon Motion for Summary Judgment [24] filed by Defendants, The Leonard K. Nave Irrevocable Family Gifting Trust, Kenneth C. Rock, The Sue Rock Irrevocable Family Gifting GSTT Trust, and Leonard K. Nave, and the Court having considered the all of the written submissions and having heard oral argument on the matter, and for the reasons expressed in the Opinion issued on even date,

IT IS on this 12th day of January 2010 hereby

ORDERED that the motion for summary judgment [24] is granted as to Count I and denied as to the remaining Counts consistent with the Opinion; and it is further

ORDERED that the motion to strike Plaintiff's expert report is granted in part and denied in part consistent with the Opinion.

/s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ,
United States District Judge